# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-cv-63111-MGC

Edward-Marcus Griffin,

    Plaintiff,

vs.

Account Resolution Services,

    Defendant.

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR PLAINTIFF

NOW INTO COURT, comes ALAN GINSBERG, ESQ., counsel for Plaintiff, and hereby moves this Court for an order allowing him to withdraw as counsel of record and further requests that attorney **Mitchell L. Fraley, Fraley Law LLC, 412 East Madison Avenue, Suite 1213, Tampa, FL, 33602, (813) 466-8381**, mitchell@fraleyfirm.com, Of Counsel to Credit Repair Lawyers of America, be substituted as counsel for Plaintiff in this matter.

**WHEREFORE**, Plaintiff's counsel Alan Ginsberg and Mitchell L. Fraley respectfully request that this Court enter an order allowing attorney Alan Ginsberg to withdraw as counsel for Plaintiff and substituting attorney Mitchell L. Fraley as counsel for Plaintiff.

## **Certification of Counsel**

Credit Repair Lawyers of America has notified Plaintiff of the withdrawal and substitution of counsel of record by telephone, email and/or first-class mail.

August 11, 2020

        Respectfully submitted,

        By: */s/* Alan Ginsberg
        Alan Ginsberg, Esq.
        Florida Bar No. 0449385
        8000 West Drive, Suite 515
        North Bay Village, FL 33141
        Phone: (800) 476-3617
        Facsimile: (646) 304-9636
        Email: alan@aginslaw.com
        *Attorney for Plaintiff,*
        *Edward-Marcus Griffin*

And

By: */s/ Mitchell L. Fraley*
Mitchell L. Fraley
FL Bar No. 0132888
Fraley Law LLC
412 East Madison Street
Suite 1213
Tampa, Florida 33602
Phone: (813) 466-8381
Email: mitchell@fraleyfirm.com
*Substitute Attorney for Plaintiff,*
*Edward-Marcus Griffin*

## Certificate of Service

I, Alan Ginsberg, hereby state that on August 11, 2020 I served a copy of the within pleading upon all counsel and parties as their addresses appear of record via email through the court's CM/ECF system and that I served Plaintiff by first-class mail and email.

/s/ Alan Ginsberg