UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-63111-MGC

Edward-Marcus Griffin,

    Plaintiff,

vs.

Account Resolution Services,

    Defendant.

## PLAINTIFF'S STATEMENT OF CLAIM

NOW COMES the Plaintiff, EDWARD-MARCUS GRIFFIN, by and through the undersigned counsel, and submits the following Statement of Claim:

Defendant violated the Fair Debt Collection Practices Act ("FDCPA") by failing to report in Plaintiff's credit files that Plaintiff disputed the alleged debt. After receiving Plaintiff's dispute of the alleged debt, Defendant was required to report its trade line for Plaintiff as disputed in all future reportings. Defendant's failure to do so violated 15 U.S.C. § 1692e(8) of the FDCPA.

Plaintiff claims emotional damages due to Defendant's violation of the FDCPA and failure to correct its reporting in Plaintiff's credit files. Defendant's failure to report that Plaintiff disputed the alleged debt also affected Plaintiff's credit scores and Plaintiff's creditworthiness. Plaintiff's claims under the FDCPA include claims for actual damages, statutory damages of up to $1,000, costs and reasonable attorney's fees. 15 U.S.C. § 1692k(a)(1)-(3).

2

DATED: August 31, 2020

By:  */s/ Mitchell L. Fraley*
Mitchell L. Fraley
FL Bar No. 0132888
Fraley Law LLC
412 East Madison Street
Suite 1213
Tampa, Florida 33602
Phone: (813) 466-8381
Email: mitchell@fraleyfirm.com
*Attorney for Plaintiff*

## Proof of Service

I, Mitchell L. Fraley, hereby certify that on August 31, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Mitchell L. Fraley