UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EDWARD MARCUS GRIFFIN,

        Plaintiff,                        Case No.: 0:19-cv-63111-MGC

v.

ACCOUNT RESOLUTION
SERVICES,

        Defendant.
_____/

## DEFENDANT'S NOTICE OF COMPLIANCE

COMES NOW Defendant ACCOUNT RESOLUTION SERVICES (hereinafter "Defendant") by and through its undersigned counsel, and file its Notice of Compliance with the Order of Referral and Order Regarding Court Practices and Procedures **[DE 04]** and states as follows:

1. On December 19, 2019, the Court entered the Order of Referral and Order Regarding Court Practices and Procedures **[DE 04]**, which required Plaintiff to file a Statement of Claim within twenty-one (21) days of the date of the Order.

2. More than seven (7) months and two-hundred thirty-five (235) days after the original due date, and only in response to the Court's Endorsed Order to Show Cause **[DE 12]** Plaintiff filed a Statement of Claim on August 31, 2020 **[DE 14].**

3. In accordance with the Court's Order, Defendant filed its timely Response to Plaintiff's Statement of Claim on September 14, 2020 **[DE 18]** and hereby files its timely Notice of Compliance with this Court's Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 14, 2020**, via the Clerk of Court's CM/ECF system which will provide electronic notice to Mitchell L. Fraley, Esquire at mitchell@fraleyfirm.com (*Attorneys for Plaintiff*).

    */s/ Mary Grace Dyleski*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 143383
mdyleski@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Pkwy, Ste. 1000
Maitland, FL 32751
Tel: 307-622-1772; Fax: 407-622-1884
*Attorneys for Defendant*