IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| EDWARD-MARCUS GRIFFIN,<br><br>Plaintiff,<br><br>vs.<br><br>ACCOUNT RESOLUTION SERVICES,<br><br>Defendant. | CASE NO:0:19-CV-63111-MGC |

## JOINT SCHEDULING REPORT

Pursuant to Rule 16.1(b) of the Local Rules for the Southern District of Florida, the undersigned parties met on **November 18, 2020 by telephone** and hereby submit this Joint Scheduling Report.

Information required by S.D. Fla. L.R. 16.1(b)

a) The likelihood of settlement;

  **The parties agree settlement is likely.**

b) The likelihood of appearance in the action of additional parties;

  **The parties agree that the appearance of additional parties is unlikely.**

c) Proposed limits on the time:

  a. To join other parties and to amend the pleadings;

  **January 18, 2021**

b. To file and hear motions; and

   **April 29, 2021**

c. To complete discovery.

   **April 8, 2021**

d) Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment;

   **The parties do not have any proposals at this time.**

e) The necessity or desirability of amendments to the pleadings;

   **The parties do not anticipate any amendments to the pleadings.**

f) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence;

   **The parties will work to obtain admissions that will avoid unnecessary proof at trial.**

g) Suggestions for the avoidance of unnecessary proof and of cumulative evidence;

**The parties will work to obtain admissions that will avoid unnecessary proof and presentation of cumulative evidence at trial.**

h) Suggestions on the advisability of referring matters to a Magistrate Judge or master;

**The parties do not consent to trial by a Magistrate Judge.**

i) A preliminary estimate of the time required for trial;

**1-2 days**

j) Requested date or dates for conferences before trial, a final pretrial conference, and trial;

**The parties request a final pretrial conference to be held on June 28, 2021 and a trial date of July 19, 2021.**

k) Any issues about:

    a. Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced;

    **None.**

    b. Claims of privilege or of protection as trial-preparation materials, including – if the parties agree on a procedure to assert those claims after production – whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and

        **None.**

    c. When the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist; and

        **None.**

l) Any other information that might be helpful to the Court in setting the case for status or pretrial conference.

**The parties are currently unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

DATED: November 20, 2020

| | |
|---|---|
| */s/ By: Mitchell L. Fraley* | */s/ Ernest H. Kohlmyer, III* |
| Mitchell L. Fraley | Ernest H. Kohlmyer, III, Esquire |
| Trial Counsel | Florida Bar No. 110108 |
| Florida bar No. 0132888 | Skohlmyer@shepardfirm.com |
| Fraley Law LLC | */s/ Mary Grace Dyleski* |
| 412 East Madison Street | Mary Grace Dyleski |
| Suite 1213 | Florida Bar No. 143383 |
| Tampa, Florida 33602 | mdyleski@shepardfirm.com |
| Phone: (813) 466-8381 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Email: mitchell@fraleyfirm.com | 2300 Maitland Center Parkway, Suite 100 |
| Attorney(s) for Plaintiff, | Maitland, Florida 32751 |
| Edward-Marcus Griffin | Telephone (407) 622-1772 |
| | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC dba Account Resolution Services* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

EDWARD-MARCUS GRIFFIN,

    Plaintiff,

vs.

ACCOUNT RESOLUTION SERVICES,

    Defendant.

CASE NO:0:19-CV-63111-MGC

## JOINT PROPOSED SCHEDULING ORDER

The Court, after considering the matters discussed in the parties' Joint Scheduling Report, finds that good cause exists for entry of this Joint Proposed Scheduling Order.

A.    This matter is assigned to the track pursuant to Local Rule 16.1(a)(2)(A).

B.    Discovery schedule

| Action | Date |
| --- | --- |
| Parties will file Initial Disclosures | November 26, 2020 |
| Parties will issue written discovery | January 18, 2021 |
| Fact discovery cut off | February 18, 2021 |
| Exchange of expert reports | March 18, 2021 |
| Exchange of expert rebuttal reports | Aril 1, 2021 |
| Expert discovery cut off | April 8, 2021 |

| Close of discovery | April 8, 2021 |

C. The deadline to join parties and to amend pleadings is **January 18, 2021.**

D. The deadline to file all pretrial motions is _____.

E. The Court will resolve all pretrial motions by ____.

F. A pretrial conference will be held on _____.

G. A trial in this matter will be held on _____.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __th day of _____, 2020.

_____

**Judge Patrick M. Hunt**