UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to

**District Judge Aileen M. Cannon**

| | |
|---|---|
| _Gonzalez v. Royal 1 Restoration_ | Case No: 19-cv-62968 |
| _Silverthorne v. South African Airways_ | Case No: 20-cv-61069 |
| _Mahlberg v. Pacific Sunwear_ | Case No: 20-cv-61738 |
| _Make Up Arts v. MAP USA_ | Case No: 20-cv-62259 |
| _Jackson v. Carnival_ | Case No: 19-cv-24448 |
| _Chapman et al v. NCL_ | Case No: 20-cv-20008 |
| _Balmoral Condominium v. Atlantic Broadband_ | Case No: 19-cv-24010 |
| _Johnson v. G4S Secure Solutions, Inc.,_ | Case No: 19-cv-24091 |
| _Carril v. United States of America_ | Case No: 19-cv-24561 |
| _Delgado v. J.P. Morgan Chase Bank_ | Case No: 19-cv-24783 |
| _Griffin v. State of Florida_ | Case No: 19-cv-62301 |
| _Griffin v. Account Resolution Services_ | Case No: 19-cv-63111 |
| _Feuer v. C.E. Safes and Security_ | Case No: 20-cv-61313 |
| _Mushilla Holdings v. Scottsdale Insurance Co._ | Case No: 20-cv-20832 |
| _Hampton v. Carnival Corp._ | Case No: 20-cv-21460 |
| _Perez v. Equifax Information_ | Case No: 20-cv-61340 |
| _Cohan v. ECM-BG2-Deerfield Beach_ | Case No: 20-cv-62104 |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Aileen M. Cannon.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the Honorable Aileen M. Cannon as of November 24, 2020 for all further proceedings. It is further **ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by District Judge Aileen M. Cannon. It is further **ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by District Judge Aileen M. Cannon. It is further **ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials AMC in lieu of the present initials.

**DONE and ORDERED** at Miami, Florida, in chambers this 24th day of November 2020.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to: All counsel of record/pro se parties